[No. 27642-9-II.   Division Two.   June 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND J. BULLARD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00016-1, Toni A. Sheldon, J., entered June 28, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 27871-5-II.   Division Two.   June 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY DALE MCINTYRE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00521-6, James E. Warme, J., entered September 18, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ. Now published at 112 Wn. App. 478.

[No. 27983-5-II.   Division Two.   June 14, 2002.]

ERVIN SAATHOFF, ET AL., *Appellants*, v. KITSAP COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-00440-1, Terry K. McCluskey, J., entered October 17, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28047-7-II.   Division Two.   June 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN BILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 01-1-00092-4, Joel M. Penoyar, J., entered October 26, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.